11092583
89.72

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

MARK A. FESKUN                                            B-09-13604-K

                    Debtor

       IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Mark A. Feskun, 24 Lenox Road, West Seneca, NY 14224

       AND IT

       FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

       Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $89.72 representing unclaimed funds belonging to the above-named debtor.

Dated: October 20, 2011

                                 ALBERT J. MOGAVERO
                                 CHAPTER 13 TRUSTEE



FILED OCT 2 0 2011 BANKRUPTCY COURT BUFFALO, N.Y.